```
                                              FILED
                                        2012 MAY 11  PM 4:06
                                        CLERK U.S. DISTRICT COURT
                                        CENTRAL DIST. OF CALIF.
                                            LOS ANGELES
                                        BY_____
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 12- **CR 12 00459** |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii): Distribution of Methamphetamine; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms; 26 U.S.C. § 5861(d): Possession of Unregistered Firearm] |
| HAYK KAZARYAN, aka "Mike," aka "Michael," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about August 11, 2011, in Los Angeles County, within the Central District of California, defendant HAYK KAZARYAN, also known as ("aka") "Mike," aka "Michael," knowingly and intentionally distributed at least five grams, that is, approximately 6.7 grams, of methamphetamine, a Schedule II controlled substance.

## COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about August 16, 2011, in Los Angeles County, within the Central District of California, defendant HAYK KAZARYAN, also known as ("aka") "Mike," aka "Michael," knowingly and intentionally distributed at least five grams, that is, approximately 13.6 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[18 U.S.C. § 922(g)(1)]

On or about February 8, 2011, in Los Angeles County, within the Central District of California, defendant HAYK KAZARYAN, also known as ("aka") "Mike," aka "Michael" ("KAZARYAN"), knowingly possessed firearms, namely:

1. A Sears model M-300 12-gauge semi-automatic short-barreled shotgun, bearing serial number Q71169; and

2. A Spanish 6.35mm (.25 Auto) caliber semi-automatic pistol, bearing serial number 12452,

each in and affecting interstate and foreign commerce.

Such possession occurred after defendant KAZARYAN had been convicted of the following felony crime, punishable by a term of imprisonment exceeding one year, namely, Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11377(A), in the Superior Court of the State of California, County of Los Angeles, case number GA078666, on or about March 23, 2010.

COUNT FOUR

[26 U.S.C. § 5861(d)]

On or about February 8, 2011, in Los Angeles County, within the Central District of California, defendant HAYK KAZARYAN, also known as ("aka") "Mike," aka "Michael," knowingly possessed a firearm, namely, a Sears model M-300 12-gauge semi-automatic short-barreled shotgun, bearing serial number Q71169, which had not been registered to him in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code.

A TRUE BILL

/s/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JOEY L. BLANCH
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section

JENNIFER Y. CHOU
Assistant United States Attorney
Violent & Organized Crime Section